FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/28/2021
JEFFREY P. COLWELL, CLERK

December 10th 2021

Dear Jill Marshal,

I have a intent to Sue for being Wherehoused by the state hospital I have been apart of the hospital for over 15 years I want movement been on CP for 5 years now I have a new case manager and doctor I don't want to be swept under the rug I want unconditional release or I want to Sue for $999,000.00 dollers for being where housed for no reason think about this lawsuit as A serious Lawsuit I am ready for my release now and have been for a long time thank you for your time

Sincerly Chris Tillotson

print

Chris Tillotson

Signature