Chris Tillotson
Chris Tillotson

Dear Cleark
I am sending ~~to~~
This for Beerifaka-
tion of nogoiation
have not herd
back from Sewdish
meDial. Souperinte-
Dent Jil marghtail
will get this Letter
on or befor the 1st
of the year Thank
you for your time