

Chris Tillotson
1611 Alma Ave
Pueblo, CO 81004

U.S. District Court Clerk
Alfred. A. Array Court House
901 19Th St Room A105
Denver, Co. 80294-3589

DENVER CO 802
23 DEC 2021 PM 6 L

80294-250151