IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03485-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CHRIS TILLOTSON,

    Plaintiff,

v.

JILL MARSHALL,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Chris Tillotson is a resident of Pueblo, Colorado. Although Plaintiff's intentions are unclear, on December 28, 2021, Plaintiff filed *pro se* a letter that appears to seek relief in this court. (ECF No. 1 at 1).[1] Accordingly, the court opened this civil action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined the filing is deficient (or required filings not submitted) as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) **X** **is not submitted**
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) **X** **other: filing of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is only necessary if filing fees totaling $402.00 are not paid in advance.**

**Complaint, Petition or Application**:
(11) **X** **is not submitted: Plaintiff must use current court-approved Complaint Form (General Complaint)**
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all parties
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the court-approved Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) and Complaint Form (General Complaint), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 8, 2022.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge