January 20TH 2022

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -3 2022

JEFFREY P. COLWELL
CLERK

Case #: 1:21-cv-03485

Case Name Chris Tillotson V Jill Marshall

Dear Clerk of the district court I spent 8 years in CMHIP for a crime I did not even commit But was mentally ill so I could not represent myself and 6 years on Community Placement I believe that I am being wherehoused for no good reason and feel as though my constitutional rights have been violated and I am asking the court and the hospital for unconditional release I have been on Community placement for too long thank you for your time

Sincerly Chris Tillotson
Print

Chris Tillotson
Signature

