IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03485-GPG

CHRIS TILLOTSON,

    Petitioner,

v.

JILL MARSHALL,

    Respondent.

---

**MINUTE ORDER**

---

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to the Court's order to cure various filing deficiencies (ECF No. 3), Petitioner has submitted a letter requesting "unconditional release." (ECF No. 4). The request for unconditional release (ECF No. 4) is **denied without prejudice as premature**. To proceed with this action, Petitioner must first cure the deficiencies as ordered by the Court on February 8, 2022, ECF No. 3. Petitioner shall have up to and including **April 11, 2022**, to cure the deficiencies. Petitioner is reminded that this action will be dismissed without further notice if the filing deficiencies are not cured within the time allowed.

Dated: March 10, 2022