IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03485-GPG

CHRIS TILLOTSON,

    Plaintiff,

v.

JILL MARSHALL,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Chris Tillotson is a resident of Pueblo, Colorado. On December 28, 2021, Plaintiff filed *pro se* a letter appearing to seek relief in this court. (ECF No. 1 at 1). Accordingly, this civil action was opened.

On February 8, 2022, the Court ordered Plaintiff to cure certain filing deficiencies. (ECF No. 3). Specifically, Plaintiff was directed to file a pleading on a court-approved form. (*Id.* at 2-3); *see also* D.C.COLO.LCivR 5.1(c) (unrepresented parties must use the forms posted on the court's website). Plaintiff was also ordered to either pay the applicable filing fee or submit an *in forma pauperis* motion on the court-approved form. (*Id.*). The Court gave Plaintiff thirty days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.*).

Plaintiff then submitted a letter requesting "unconditional release." (ECF No. 4). The filing, however, did not cure the deficiencies identified by the Court. As the Court explained in a March 10 minute order, Plaintiff had failed to file a pleading on a court-

1

approved form, pay the applicable filing fee, or submit an *in forma pauperis* motion on the court-approved form as ordered. (ECF No. 5). Still, the Court gave Plaintiff additional time—until April 11, 2022—to cure the deficiencies, and again warned that failure to cure the defects would result in dismissal of this action without further notice. (*Id.*).

Plaintiff has not cured the identified deficiencies, requested an extension of time to comply, or communicated with the Court in any manner—and the time to do so has expired. (See docket). Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Plaintiff must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   20th   day of     April     , 2022.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court