IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03485-LTB

CHRIS TILLOTSON,

    Plaintiff,

v.

JILL MARSHALL,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 20, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, April 20, 2022.

                                          FOR THE COURT,

                                          JEFFREY P. COLWELL, Clerk

                                          By: s/ S. Dunbar
                                          Deputy Clerk