August 29TH 2022

Case Name Tillotson V. Marshall

Case #: 21-cv-03485-GPG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 26 2022
JEFFREY P. COLWELL
CLERK

I have spent many more year's trying to be released from CMHIP now I am going to need relief for them where housing me in the amount of $999,000.00 dollars I expect the hospital will do whats right thank you for your time.

Sincerly

Chris Tillotson
Print

Chris Tillotson
Signature

DENVER CO 802

22 SEP 2022

Chris Tillotson
2515 Pitman Pl
Pueblo, CO. 81004

Office Of The Clerk
U.S. District Court
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver, CO. 80294-3589

80294-250151